IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DARRELL M. JENKINS, #1510019**, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-1454-L** |
| | § | |
| **RICK THALER**, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Darrell M. Jenkins's ("Jenkins" or "Petitioner") petition for writ of habeas corpus, filed May 10, 2012, pursuant to 28 U.S.C. §2254. Petitioner named as Respondent the State of Texas. The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 15, 2012, recommending that Texas Department of Criminal Justice, Correctional Institutions Division Director Rick Thaler be substituted as Respondent in this case. No objections were filed.

Having reviewed the record in this case and the recommendation of the magistrate judge, the court determines that the finding is correct, and it is therefore **accepted** by the court. Accordingly, the court **substitutes** Director Rick Thaler as Respondent in this case.

**It is so ordered** this 8th day of June, 2012.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page